Mary P. LOEFFLER, Appellant,

v.

IMPERIAL MANOR NURSING HOME;
Cigna Property and Casualty Companies, Appellees.

No. 01–3219.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 7, 2001.

Filed Dec. 27, 2001.

Before McMILLIAN, MORRIS
SHEPPARD ARNOLD, and BYE, Circuit
Judges.

PER CURIAM.

Mary P. Loeffler appeals the magistrate judge's order refusing to file her complaint because the district court lacked subject matter jurisdiction, and because the complaint and accompanying application to proceed in forma pauperis were unsigned. Having carefully reviewed the record, it appears that the district court construed Loeffler's document entitled "Appeal" as a notice of appeal directly to this court; however we are convinced that Loeffler was attempting to appeal the magistrate judge's order to the district court as the order had specified she could do. *See* Fed.R.Civ.P. 72(a) (within 10 days after being served with copy of magistrate judge's order in nondispositive matter, party may serve and file objections to order).

* The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District

Accordingly, we dismiss this appeal and remand the case to the district court for further proceedings.